1  Robert J. Giuffra, Jr. (*pro hac vice forthcoming*)
   giuffrar@sullcrom.com
2  William B. Monahan (*pro hac vice forthcoming*)
   monahanw@sullcrom.com
3  Darrell S. Cafasso (*pro hac vice forthcoming*)
   cafassod@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   125 Broad Street
5  New York, New York 10004
   Telephone:  (212) 558-4000
6  Facsimile:  (212) 558-3588

7  Kyle Niemi (SBN 4147849)
   niemik@sullcrom.com
8  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
9  Palo Alto, California 94303
   Telephone: (650) 461-5600
10 Facsimile: (650) 461-7700

11 *Counsel for Defendant FCA US LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER WALKER and BETTY LOU RUGG, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>FCA US LLC, a Delaware limited liability company; FIAT CHRYSLER AUTOMOBILES N.V., a corporation organized under the laws of the Netherlands; ROBERT BOSCH GmbH, a corporation organized under the laws of Germany; and ROBERT BOSCH LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 3:17-cv-00405-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Judge:   Honorable Elizabeth D. Laporte |

1
2       WHEREAS, on January 26, 2017, plaintiffs Christopher Walker and
3  Betty Lou Rugg ("Plaintiffs") filed a complaint (the "Complaint") against FCA US
4  LLC ("FCA"), Fiat Chrysler Automobiles N.V., Robert Bosch GmbH, and Robert
5  Bosch LLC (together, "Defendants");[1]
6       WHEREAS, the Complaint alleges that Defendants made false
7  representations concerning vehicle emissions and fuel efficiency concerning
8  FCA's model year 2014-2016 Dodge Ram 1500 and model year 2014-2016 Jeep
9  Grand Cherokee vehicles equipped with 3.0-liter "EcoDiesel" engines (*see* Dkt. 1,
10 at 3-4);
11      WHEREAS, Plaintiffs allege that the vehicles were equipped with a
12 so-called "defeat device" designed to limit emissions and increase fuel efficiency
13 in testing conditions (*see id.* at 4-5);
14      WHEREAS, Plaintiffs purport to bring suit on behalf of a national,
15 putative class of purchasers and lessees of the Dodge Ram 1500 and Jeep Grand
16 Cherokee vehicles with EcoDiesel engines (*see id.* at 2, 15);
17      WHEREAS, at least eight other putative class action lawsuits (with
18 the instant action, the "Actions") have been filed against FCA and/or Defendants
19 making similar allegations concerning false representations of fuel efficiency and
20 vehicle emissions in FCA vehicles with diesel engines that were allegedly
21 equipped with "defeat devices,"[2] and additional such suits may be filed in the
22 future;

---

[1]   By entering into this stipulation, Defendants do not waive, and expressly preserve, all defenses, including all defenses concerning jurisdiction, service or otherwise.

[2]   *Stephens* v. *FCA US LLC et al.*, No. 17-cv-00040 (M.D. Ala.); *Chavez* v. *FCA US LLC et al.*, No. 16-cv-06909 (N.D. Cal.); *Warren* v. *FCA US LLC et al.*, No. 17-cv-00059 (N.D. Ala.); *Carpenter* v. *FCA US LLC et al.*, No. 17-cv-00288 (N.D. Cal.); *Fasching* v. *FCA US LLC et al.*, No. 17-cv-00231 (N.D. Cal.); *Kitchel* v. *FCA US LLC et al.*, No. 17-cv-00538 (N.D. Cal.); *Sebastian* v. *FCA US LLC et*

1      WHEREAS, plaintiffs in one of the Actions, *Warren* v. *FCA US LLC*, No. 17-cv-00059, have filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") requesting Transfer and Centralization of all Related Cases (and any future-filed "tag-along" actions) for coordinated or consolidated pretrial proceedings in a multidistrict litigation ("MDL"; the "MDL Motion"), *see In re Chrysler-Dodge-Jeep EcoDiesel Mktg., Sales Practices, and Prods. Liab. Litig.*, MDL No. 2777 (J.P.M.L. filed February 9, 2017) (Dkt. No. 1);

     WHEREAS, FCA intends to file a brief with the JPML supporting centralization of the Actions, including the instant action, and any "tag-along" cases in one district for consolidated pre-trial proceedings;

     WHEREAS, FCA anticipates that the MDL Motion will be set for the next JPML Hearing Session on March 30, 2017; and

     WHEREAS, the parties have met and conferred and agree that the requested stay during the pendency of the MDL Motion and proceedings before the JPML would save judicial and party resources; and

     WHEREAS, should a stay order not be entered in any other related case, either party may make an administrative motion to lift the stay of this action.

     NOW, THEREFORE, the parties, by and through their undersigned attorneys, hereby stipulate and request that the Court enter an Order staying all proceedings in this action, including the filing of an answer, motion to dismiss or other responsive pleading, until further order of the Court after the JPML has decided whether to centralize the Actions, including the instant action, in an MDL proceeding.

---

*al.*, No. 17-cv-00085 (S.D. Cal.); *Marlatt* v. *FCA US LLC et al.*, No. 17-cv-00096 (S.D. Ohio).

| | | |
|---|---|---|
| 1 | Dated: February 14, 2017 | Respectfully and jointly submitted, |
| 2 | | /s/ Robert D. Guiffra, Jr. |
| | | Robert J. Giuffra, Jr. (*pro hac vice forthcoming*) |
| 3 | | giuffrar@sullcrom.com |
| 4 | | William B. Monahan (*pro hac vice forthcoming*) |
| 5 | | monahanw@sullcrom.com |
| | | Darrell S. Cafasso (*pro hac vice forthcoming*) |
| 6 | | cafassod@sullcrom.com |
| 7 | | SULLIVAN & CROMWELL LLP |
| | | 125 Broad Street |
| 8 | | New York, New York 10004 |
| | | Telephone: (212) 558-4000 |
| 9 | | Facsimile: (212) 558-3588 |
| 10 | | |
| 11 | | Kyle Niemi (SBN 4147849) |
| | | niemik@sullcrom.com |
| 12 | | SULLIVAN & CROMWELL LLP |
| | | 1870 Embarcadero Road |
| 13 | | Palo Alto, California 94303 |
| | | Telephone: (650) 461-5600 |
| 14 | | Facsimile: (650) 461-7700 |
| 15 | | *Counsel for Defendants FCA US LLC* |
| 16 | | |
| 17 | | /s/Matthew D. Slater (with permission) |
| | | Matthew D. Slater |
| 18 | | mslater@cgsh.com |
| | | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 19 | | 2000 Pennsylvania Avenue, NW |
| 20 | | Washington, D.C. 20006 |
| | | Telephone: (202) 974-1500 |
| 21 | | Facsimile: (292) 974-1999 |
| 22 | | *Counsel for Defendant Robert Bosch LLC* |

SULLIVAN & CROMWELL LLP

-3-

| | |
|---|---|
| 1 | |
| 2 | /s/ *Francis O. Scarpulla* (with permission) |
| 3 | Francis O. Scarpulla<br>(CASB No. 41059) |
| 4 | fos@scarpullalaw.com<br>Patrick B. Clayton |
| 5 | (CASB No. 240191)<br>pbc@scarpullalaw.com |
| 6 | LAW OFFICES OF<br>FRANCIS O. SCARPULLA |
| 7 | 456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |
| 8 | Telephone: (415) 788-7210<br>Facsimile: (415) 788-0706 |
| 9 | Mark F. Anderson (CASB No. 44787) |
| 10 | mark@aoblawyers.com<br>ANDERSON, OGILVIE & BREWER |
| 11 | 1736 Stockton Street, Ground Floor<br>San Francisco, CA 94133 |
| 12 | Telephone: (415) 651-1951<br>Facsimile: (415) 500-8300 |
| 13 | Christina Gill Roseman |
| 14 | croseman@helpforlemoncars.com<br>ROSEMAN LAW FIRM |
| 15 | 8878 Covenant Avenue, No. 315<br>Pittsburgh, PA 15237 |
| 16 | Telephone: (800) 745-5259<br>Facsimile: (888) 588-1983 |
| 17 | Scott R. Kaufman (CASB No. 190129) |
| 18 | LemonAtty@gmail.com<br>KAUFMAN LAW OFFICES |
| 19 | 140 Third Street<br>Los Altos, CA 94022 |
| 20 | Telephone: (408) 727-8882<br>Facsimile: (408) 272-8883 |
| 21 | *Counsel for Plaintiffs* |

SULLIVAN & CROMWELL LLP

-4-

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 14, 2017          SULLIVAN & CROMWELL LLP

*/s/ William B. Monahan*
William B. Monahan

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/21/17

Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen